[No. 28097-3-II. Division Two. February 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH VERNON HARSTAD, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-1-00425-0, David R. Draper, J., entered October 25, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 45806-0-I. Division One. February 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MAGDALENA WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04178-6, Dean Scott Lum, J., entered December 10, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 48398-6-I. Division One. February 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM THEDERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10775-3, Anthony P. Wartnik, J., entered March 26, 2001. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, A.C.J., and Grosse, J.